UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NAOMI PEREZ,

           Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. 2:13-CV-01460-RSM-BAT

**ORDER AFFIRMING THE COMMISSIONER AND DISMISSING THE CASE**

The Court, after careful consideration of the record, the parties' pleadings and objections, and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The final decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED** with prejudice.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 3 day of March 2014.

                              RICARDO S. MARTINEZ
                              UNITED STATES DISTRICT JUDGE